AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ARTEMIO MENDEZ-GOMEZ | ) | Case No.   8:16 MJ 1783 TBM |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 30, 2016 to Present___ in the county of ___Hernando___ in the ___Middle___ District of ___Florida___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § § 1326(a) and (b) | Illegal reentry into the United States after deportation after having been convicted of a felony. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert M. Vadasz, Senior Patrol Agent, USBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  ___13-2-16___

_____
*Judge's signature*

City and state:  ___Tampa, Florida___

THOMAS B. MCCOUN, III, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Robert Vadasz, being duly sworn, hereby depose and state as follows:

1.      I have been employed as a United States Border Patrol Agent with the United States Border Patrol since May 10, 1998.  Since May of 2005, I have been assigned to the United States Border Patrol Station in Tampa, Florida as a Senior Patrol Agent.

2.      In my capacity as a Border Patrol Agent, I am charged with enforcing United States immigration laws, both administrative and criminal sections of the law.  I am a federal law-enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

3.      This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal experiences and observations as well as those of other agents.  This affidavit does not contain every fact regarding the investigation, but does document the probable cause to charge Artemio MENDEZ-GOMEZ, a citizen and national of Guatemala illegally present in the United States, with illegal reentry into the United States after deportation and after having been convicted of a felony subsequent to his removal, in violation of Title 8, United States Code, Sections 1326(a) and (b).

4.      I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of the investigation.

## FACTS AND CIRCUMSTANCES

5.     On or about November 30, 2016, Border Patrol Agents assigned to the
Tampa Station were engaged in highway operations in search of alien smuggling
loads from outside of Florida entering the area of operation for the Tampa Border
Patrol Station. At that time, I was parked in the center median of Interstate 75 in the
vicinity of mile marker 318, near Brooksville, Florida.  At that time, I observed a
2003, White Chevrolet Suburban, bearing no visible license plates, traveling
southbound.  I pulled from my stationary position to further observe the vehicle and
its occupants.

6.     When I caught up to the vehicle, I observed an "Auto World" of
Stockton, CA car dealership sign in the place of the vehicle's license plate. This is a
tactic utilized by smuggling groups to disguise the vehicle registration from law-
enforcement and electronic license plate readers at and near the United
States/Mexico border.

7.     As I paralleled the vehicle I observed at least five occupants in the
vehicle and people in the back of the vehicle attempting to hide from my view.  All
subjects appeared to be Hispanic males and appeared to be extremely nervous due to
my presence as I was operating a fully marked Border Patrol vehicle.  The driver
fluctuated the speed of the vehicle several times in what appeared to me to be an
attempt to avoid being seen.  The driver eventually slowed the vehicle to less than 55
MPH in a posted 70 MPH zone in an attempt to get me to pass his location, which
quickly backed up traffic behind our vehicles.

2

8.    I followed and observed the vehicle for approximately 13 miles and then conducted a vehicle stop of the suburban. The vehicle yielded in the southbound lanes of Interstate 75 near mile marker 304. This area is located in Hernando County, Florida, which is located within the Middle District of Florida.

9.    I approached the vehicle and identified myself as a United States Border Patrol Agent. The vehicle contained a total of seven occupants. One of the passengers was identified as Artemio MENDEZ-GOMEZ (MENDEZ-GOMEZ) and was determined to be a citizen and national of Guatemala illegally present in the United States. Records checks conducted roadside revealed that MENDEZ-GOMEZ has a criminal history, On or about June 1, 2016, MENDEZ-GOMEZ was convicted of Aggravated Assault with a Deadly Weapon, to which he was sentenced to three years' probation and three months' time served.

10.    Further records revealed that MENDEZ-GOMEZ was previously assigned FBI# HLKF9HJW9 and A# 208 933 440.

11.    All of the occupants were taken into administrative custody and transported to the Tampa Border Patrol Station for processing and further investigation. At the Tampa Station, MENDEZ-GOMEZ was advised of his Miranda rights and agreed to answer questions without having an attorney present.

12.    Upon questioning, MENDEZ-GOMEZ admitted to being a citizen and national of Guatemala, who was illegally present in the United States. MENDEZ-GOMEZ further stated that, on or about November 22, 2016, he had illegally reentered the United States, near Laredo, Texas, without any prior application or

3

authorization. MENDEZ-GOMEZ admitted to having been previously deported from the United States after having been convicted of a violent felony in Florida.

13.    Records checks and fingerprint queries were conducted through all pertinent indices.  Records revealed that MENDEZ-GOMEZ was previously assigned A# 208 933 440 and FBI# HLKF9HJW9.  Further records checks confirmed that on or about September 01, 2016, in Miami, Florida, MENDEZ-GOMEZ had been ordered removed from the United States.  MENDEZ-GOMEZ was deported to Guatemala through September 28, 2016, and he did not have permission to reenter the United States.

14.    Based on the foregoing, there is probable cause to charge MENDEZ-
GOMEZ, a citizen and national of Guatemala illegally present in the United States,
with illegal reentry into the United States after deportation after having been
convicted of a felony, in violation of Title 8, United States Code, Sections 1326(a)
and (b).

FURTHER AFFIANT SAYETH NAUGHT.

Robert M. Vadasz, Senior Patrol Agent
United States Border Patrol Agent

Subscribed and sworn before me
This _2_ day of December, 2016

THOMAS B. MCCOUN, III
United States Magistrate Judge